Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:       Clerk, U.S. Bankruptcy Court

Re:       UNDISTRIBUTED FUNDS

Case No.: 6:09-bk-39422-CB

Debtor(s):   BERNALIZA ARCE REVILLA
             18710 CHACO LANE
             APPLE VALLEY, CA 92307

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| BERNALIZA ARCE REVILLA | $419.29 |
| 18710 CHACO LANE | |
| APPLE VALLEY, CA 92307 | |

Dated: 3/8/11

Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| ROD DANIELSON, Chapter 13 Trustee | | | | | Check #: 0342811 | | |
|---|---|---|---|---|---|---|---|
| Payee: US BANKRUPTCY COURT | | | | | Date: Mar 07, 2011 | | |
| Case # | Debtor Name(s) | | Account # | Claim # | Payment | Interest | Principal |
| 0939422 | BERNALIZA ARCE REVILLA | | | 00000 | 419.29 | 0.00 | 419.29 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT     TOTALS:     419.29     0.00     419.29

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

BERNALIZA ARCE REVILLA
BALANCE: [0.00 Claim:00000]
ACCT:
PRINCIPAL: 419.29
INTEREST: 0.00

CASE: 0939422

16-4430
1220

**1ST ENTERPRISE BANK**
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
**0342811**

CHECK DATE
**Mar 07, 2011**

AMOUNT
********419.29**

VOID 45 DAYS FROM DATE

PAY    Four Hundred Nineteen And 29 / 100 Dollars

TO THE
ORDER OF

*US BANKRUPTCY COURT*
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0342811⑈ ⑆122044300⑆ ⑈030⑈100078⑈